RECTOR, ETC., OF ST. ANDREW'S CURCH IN VILLAGE OF WALDEN, ORANGE COUNTY, N. Y. Respondent, v. VAN

NOSDALL, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by the Rector, etc., of St. Andrew's Church in the Village of Walden, Orange County, N. Y., against Caroline Van Nosdall.

PER CURIAM. We think that a compulsory reference in this case is not only not authorized (Code Civ. Proc. § 1013), but is expressly forbidden (Id. section 968). The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion denied, with costs.